HIRAM E. MEEKER, as Receiver of FIRST NATIONAL BANK IN MAMARONECK, Respondent, v. CLARENCE C. MERRITT, Defendant, and HAZEL WOODS MERRITT, Appellant.— Order denying motion to open default in pleading and to permit defendant Hazel Woods Merritt to interpose an answer, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCK JAY REALTY CO., INC., Appellant, v. HARRIS H. MURDOCK, Chairman, VINCENT PEPPE and Others, Members and Together Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order vacating certiorari order and confirming the report of the official referee and the determination of the board of standards and appeals in denying petitioner's application for a variance and for the construction of a gasoline service station within a business use district unanimously affirmed, with costs. No opinion. Appeal which purports to be from an order granting a reargument and on reargument adhering to the original determination dismissed. There is no such order in the record. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

LOUIS SCHATTNER, Respondent, v. FRED C. HERIMAN, Appellant.— In an action to recover for moneys alleged to have been loaned to defendant, judgment in favor of the plaintiff and order denying the defendant's motion for a new trial reversed on the law, and a new trial granted, costs to abide the event. A sealed verdict was ordered. The jury disagreed and were permitted to separate for the night. Upon reassembling the following morning, the justice further charged the jury in the absence of defendant and his counsel. The verdict thereupon rendered was irregular. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

THE YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent, v. EDWARD ROTH, Defendant, and JOSEPH BLASENSTEIN, Appellant.— Order directing partial summary judgment in favor of the plaintiff against defendant Blasenstein for the sum of $3,000, with interest and costs, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. The defense, which in effect alleges the oral agreement between the respondent and the appellant, is insufficient in law on its face, and the opposing affidavits submitted on behalf of the appellant show no triable issue, no arguable defense. The agreement pleaded by him is void (a) because it was not by its terms to be performed within one year and was not written (Pers. Prop. Law, § 31, subd. 1; Williamsburg City Fire Ins. Co. v. Lichtenstein, 181 App. Div. 681, 684; Westinghouse Electric Supply Co., Inc., v. Syracuse Auto Supply Corporation, 233 id. 788); and (b) because it lacked consideration. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

JOHN CONNORS, Respondent, v. THE CARLETON CO., INC., Defendant; CARDER REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

PERCY F. COOPER, Respondent, v. THE C. E. SHEPPARD COMPANY, Appellant. — In view of the decision in the appeal herein (post, p. 732), decided herewith, the motion to dismiss said appeal is dismissed. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.